**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00999-CV

## GREGORY CARL MORSE, Appellant

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00127-2017**

# ORDER

Before Chief Justice Wright, Justice Evans, and Justice Brown

Based on this Court's opinion of this date, we **AFFIRM** the trial court's August 28, 2018 order setting the supersedeas bond. This Court's September 10, 2018 order staying enforcement of the judgment pending its review of the supersedeas bond will be lifted in ten days from the date of this order.

/s/   CAROLYN WRIGHT
     CHIEF JUSTICE